IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 318

| | | |
|---|---|---|
| JUSTIN LEWIS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| TRAILS CAROLINA LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Ben Scales' Application for Admission to Practice *Pro Hac Vice* of Robert J. Aranda. It appearing that Robert J. Aranda is a member in good standing with the Florida State Bar and will be appearing with Ben Scales, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Ben Scales' Application for Admission to Practice *Pro Hac Vice* (#2) of Robert J. Aranda is **GRANTED**, and that Robert J. Aranda is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Ben Scales.

Signed: September 29, 2016

Dennis L. Howell
United States Magistrate Judge